David C. Reymann (8495) (dreymann@parrbrown.com)
Rachel Lassig Wertheimer (13893) (rwertheimer@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone: (801) 532-7840

Attorneys for Defendants
Susan Schofield and Michael Schofield

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DIAMOND RANCH ACADEMY, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUSAN SCHOFIELD, an individual, and MICHAEL SCHOFIELD, an individual,<br><br>　　　　Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br><br>Case No. 1:14-cv-00103-DBP<br><br>Judge Ted Stewart |

　　　　The parties stipulate and respectfully move this Court to extend the deadlines set forth in the Scheduling Order and Order Vacating Hearing, issued on December 8, 2014, as follows:

　　　　1.　　Deadline for 26(a)(1) initial disclosure:  3/19/15

　　　　2.　　Last day to serve written discovery:  10/30/15

　　　　3.　　Close of fact discovery:  12/15/15

　　　　4.　　Last Day to File Motion to Amend Pleadings:  9/30/15

　　　　5.　　Last Day to File Motion to Add Parties:  9/30/15

　　　　6.　　Rule 26(a)(2) Reports from Experts:

       Parties bearing burden of proof:  2/12/16

       Response:  3/14/16

       Reply:  4/15/16

7.  Last day for Expert discovery:  5/27/16

8.  Deadline for filing dispositive or potentially dispositive motions:  6/30/16

9.  Deadline for filing partial or complete motions to exclude expert testimony: 7/25/16

10.  Evaluate case for Settlement/ADR on:  5/5/16

11.  This case should be ready for Jury Trial by:  9/16/16

  A proposed Amended Scheduling Order reflecting these changes is being concurrently submitted.  Good cause exists for extending the deadlines because the parties are currently engaged in discussions in an effort to resolve this matter before further litigation takes place.  In the event the parties are unable to successfully negotiate a settlement of this matter, they agree to adhere to the deadlines set forth in the proposed Amended Scheduling Order.

  DATED this 19th day of December 2014.

            BANGERTER SHEPPARD & FRAZIER, PC

            /s/ Daniel P. Wilde
            Steven R. Bangerter
            Daniel P. Wilde

            Attorneys for Plaintiff
            Diamond Ranch Academy, Inc.

3

                                                                          PARR BROWN GEE & LOVELESS, P.C.

                                                                          /s/ Rachel Lassig Wertheimer
                                                                          David C. Reymann
                                                                          Rachel Lassig Wertheimer

                                                                          Attorneys for Defendants
                                                                          Susan Schofield and Michael Schofield

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December 2014, I filed the foregoing **STIPULATED MOTION TO AMEND SCHEDULING ORDER** via the CM/ECF system, which electronically served the following:

> Steven R. Bangerter (sbangerter@bangertersheppard.com)
> Daniel P. Wilde (dwilde@bangertersheppard.com)
> BANGERTER SHEPPARD, P.C.
> 720 S. River Road, Suite A-200
> St. George, UT 84780

/s/ Rachel Lassig Wertheimer