David C. Reymann (8495)
Rachel Lassig Wertheimer (13893)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone: (801) 532-7840
dreymann@parrbrown.com
rwertheimer@parrbrown.com

Attorneys for Defendants Susan Schofield and
Michael Schofield

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DIAMOND RANCH ACADEMY, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>SUSAN SCHOFIELD and MICHAEL SCHOFIELD,<br><br>                Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:14-cv-00103-DBP<br><br>Judge Ted Stewart |

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff Diamond Ranch Academy, Inc. and Defendants Susan Schofield and Michael Schofield, by and through their undersigned counsel, hereby stipulate that the above-captioned matter and all claims asserted therein shall be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

**STIPULATED AND AGREED** this 9th day of April 2015.

        PARR BROWN GEE & LOVELESS, P.C.

        /s/ David C. Reymann
        David C. Reymann
        Rachel Lassig Wertheimer
        Attorneys for Defendants Susan Schofield and
        Michael Schofield


        BANGERTER SHEPPARD, P.C.

        /s/ Steven R. Bangerter (*with permission*)
        Steven R. Bangerter
        Attorneys for Plaintiff Diamond Ranch Academy,
        Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of April, 2015, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, which served the following:

Steven R. Bangerter
BANGERTER SHEPPARD, P.C.
720 S. River Road, Suite #A-200
St. George, UT  84790

/s/ David C. Reymann